# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVE BARTNICKI, | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:18-1725 |
| | : | |
| v. | : | |
| | : | (JUDGE MANNION) |
| SCRANTON SCHOOL DISTRICT, | | |
| and ALEXIS KIRIJAN, | : | |
| | : | |
| Defendants | : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

The defendants' motion to dismiss the plaintiff's second amended complaint **(Doc. 26)** is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** to the extent that the plaintiff's state law claims for defamation and false light invasion of privacy are **DISMISSED**. The motion is further **GRANTED** to the extent that the plaintiff's §1983 retaliation claim based upon defendant Kirijan's statement to the plaintiff's priest is **DISMISSED**. The motion is **DENIED** with respect to the plaintiff's §1983 retaliation

claim based upon the failure to place him in the Honors program and the decision not to hire him for the soccer coaching position.

                                                                  s/ *Malachy E. Mannion*
                                                                  **MALACHY E. MANNION**
                                                                  **United States District Judge**

**Date: November 8, 2019**

18-1725-01-ORDER.wpd