# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVE BARTNICKI, | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:18-1725 |
| | : | |
| v. | : | |
| | : | (JUDGE MANNION) |
| SCRANTON SCHOOL DISTRICT, and ALEXIS KIRIJAN, | : | |
| | : | |
| Defendants | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The plaintiff's objections to the report and recommendation of Judge Carlson **(Doc. 69)** are **OVERRULED**.

**(2)** The defendants' objections to the report and recommendation of Judge Carlson **(Doc. 71)** are **SUSTAINED**.

**(3)** The report and recommendation of Judge Carlson **(Doc. 68)** is **ADOPTED AS MODIFIED**.

**(4)** The defendants' motion for summary judgment **(Doc. 50)** is **GRANTED IN ITS ENTIRETY**.

**(5)** The Clerk of Court is directed to **ENTER JUDGMENT IN FAVOR OF THE DEFENDANTS AND AGAINST THE PLAINTIFF**.

**(6)** The defendants' motion to strike **(Doc. 62)** is **DISMISSED AS MOOT**.

**(7)** The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: June 29, 2021**
18-1725-02-ORDER