**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **STEVE BARTNICKI,** | : | Civil Action No. 3:18-cv-1725 |
| Plaintiff | : | |
| v. | : | |
| **SCRANTON SCHOOL DISTRICT and ALEXIS KIRIJAN,** | : | |
| Defendants | : | |

## SUMMARY JUDGMENT

Pursuant to Order of Court, Summary Judgment is hereby entered

**AGAINST** Plaintiff **STEVE BARTNICKI** and **IN FAVOR OF** Defendants

**SCRANTON SCHOOL DISTRICT and ALEXIS KIRIJAN.**

Peter J. Welsh, Clerk of Court

by: /s/ Ed Petroski, Jr.

Dated: June 29, 2021

Ed Petroski, Jr.
Deputy Clerk